Case 08-33159  Doc 27  Filed 01/11/11  Entered 01/11/11 12:59:36  Desc Main
Document  Page 1 of 1
MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Christopher J. McHugh and Katherine A. McHugh
Chapter 7 Case No. 08-33159

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 4 | 377.88 | 4.78 |

Date: January 6, 2011

_____
Trustee

